Terry Gross (terry@gba-law.com) (103878)
Adam C. Belsky (adam@gba-law.com) (147800)
Monique Alonso (monique@gba-law.com) (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO CUSTODIO, ROMEL CUSTODIO, MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, CALIFORNIA, et al., <br><br> Defendants. | Case No.  C09-00527 PVT <br><br> [PROPOSED] ORDER RE PLAINTIFFS' MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3 |

Plaintiffs filed a motion pursuant to Local Rule 6-3 for an enlargement of the times set in the February 5, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, due to the fact that the complaint was sent out for service until a few days ago, and thus opposing counsel has been unavailable to meet and confer.

Since Fed. R. Civ. P. provides that complaints can be served within 120 days of filing, plaintiffs assert that the complaint has been timely served, but that an enlargement of the times set in the February 5, 2009 Order is required, to enable defendants to retain counsel and have sufficient time to meet and confer on the issues required by the February 5, 2009 Order.

The motion is GRANTED.

The last day to meet and confer re: initial disclosures, early settlement, ADR process selection

1

[Proposed] Order re: Motion to Enlarge Time Pursuant to LR 6-3
*Custodio v. State of California, et al.*, Case No. C09-00527 PVT

and discovery plan; to file ADR Certification; and to file either Stipulation to ADR process or Notice of Need for ADR Phone Conference is continued from June 2, 2009, to August 4, 2009.

The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is continued from June 16, 2009 to August 18, 2009.

The Initial Case Management Conference is continued from June 23, 2009, to August 25, 2009, in Court 5, 4th Floor, SJ at 2:00 pm.

IT IS SO ORDERED.

Dated: June 11, 2009

By: _____
Patricia V. Turnbull
Magistrate Judge, United States District Court