```
 1  RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (#93249)
 2  MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
    MICHAEL GROVES, Sr. Deputy City Attorney (#85620)
 3  Office of the City Attorney
    200 East Santa Clara Street
 4  San José, California  95113-1905
    Telephone Number: (408) 535-1900
 5  Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
 6
    Attorneys for Defendants, CITY OF SAN JOSE,
 7  ROBERT DAVIS, MIKE EVANS, MICHAEL EPP,
    SCOTT MORASCI, DOUG TRAN, DARRELL
 8  UNGER, MARK DEMARIA, MICHAEL JEFFREY,
    ADAM CRAWLEY, CARL PURNELL, OFFICER
 9  CAHILL and NICHOLAS BARRY
10
11              UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT
13                   SAN JOSE DIVISION
14
```

| | |
|---|---|
| MARLO CUSTODIO, ROMEL CUSTODIO, MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, CALIFORNIA, THE CITY OF SAN JOSE, POLICE CHIEF ROBERT DAVIS, individually and in his official capacity as Chief of the San Jose Police Department, SAN JOSE POLICE DEPARTMENT SERGEANT EVANS (Badge #2339), individually and in his official capacity as a supervisorial police officer for the CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT OFFICERS EPP (Badge #3048), individually and in his capacity as a police officer for the CITY OF SAN JOSE, MORASCI (Badge #3292), individually and in his capacity as a police officer for the CITY OF SAN JOSE, TRAN (Badge #3269), individually and in his capacity as a police officer for the CITY | Case Number:  C09-00527 PVT<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY OF SAN JOSE, ROBERT DAVIS, MIKE EVANS, MICHAEL EPP, SCOTT MORASCI, DOUG TRAN, DARRELL UNGER, MARK DEMARIA, MICHAEL JEFFREY, ADAM CRAWLEY, CARL PURNELL, OFFICER CAHILL and NICHOLAS BARRY |

| | |
|---|---|
| 1 | OF SAN JOSE, UNGER (Badge #3715), individually and in his capacity as a police officer for the CITY OF SAN JOSE, DEMARIA (Badge #3728), individually and in his capacity as a police officer for the CITY OF SAN JOSE, JEFFREY (Badge #3715), individually and in his capacity as a police officer for the CITY OF SAN JOSE, CRAWLEY (Badge #3357), individually and in his capacity as a police officer for the CITY OF SAN JOSE, PURNELL (Badge #3627), individually and in his capacity as a police officer for the CITY OF SAN JOSE, CAHILL (Badge #3703), individually and in his capacity as a police officer for the CITY OF SAN JOSE, and DOES ONE through FIFTY, |
| | Defendants. |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

Please be advised that Michael Groves has been substituted as attorney of record for Defendants City of San Jose, Robert Davis, Mike Evans, Michael Epp, Scott Morasci, Doug Tran, Darrell Unger, Mark Demaria, Michael Jeffrey, Adam Crawley, Carl Purnell, Officer Cahill And Nicholas Barry, replacing Steven Dippell.

Dated: 6/30/09

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: /s/ Nora Frimann for
MICHAEL GROVES
Sr. Deputy City Attorney

Attorneys for DEFENDANTS CITY OF SAN JOSE, ROBERT DAVIS, MIKE EVANS, MICHAEL EPP, SCOTT MORASCI, DOUG TRAN, DARRELL UNGER, MARK DEMARIA, MICHAEL JEFFREY, ADAM CRAWLEY, CARL PURNELL, OFFICER CAHILL and NICHOLAS BARRY