Terry Gross (terry@gba-law.com) (103878)
Adam C. Belsky (adam@gba-law.com) (147800)
Monique Alonso (monique@gba-law.com) (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Attorneys for Plaintiffs

*E-FILED - 8/12/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO CUSTODIO, ROMEL CUSTODIO, MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, CALIFORNIA, THE CITY OF SAN JOSE, POLICE CHIEF ROBERT DAVIS, individually and in his official capacity as Chief of the San Jose Police Department, SAN JOSE POLICE DEPARTMENT SERGEANT EVANS (Badge #2339), individually and in his official capacity as a supervisorial police officer for the CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT OFFICERS EPP (Badge #3048), individually and in his capacity as a police officer for the CITY OF SAN JOSE, MORASCI (Badge #3292), individually and in his capacity as a police officer for the CITY OF SAN JOSE, TRAN (Badge #3269), individually and in his capacity as a police officer for the CITY OF SAN JOSE, UNGER (Badge #3080), individually and in his capacity as a police officer for the CITY OF SAN JOSE, DEMARIA (Badge #3728), individually and in his capacity as a police officer for the CITY OF SAN JOSE, JEFFREY (Badge #3715), individually and in his capacity as a police officer for the CITY OF SAN JOSE, CRAWLEY (Badge #3357), individually and in his capacity as a | Case No. C09-00527 RMW <br><br> **JOINT STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND [] ORDER** <br><br> DATE: August 28, 2009 <br> TIME: 10:30 am <br> DEPT: Courtroom 6, 4th Floor <br> JUDGE: Hon. Ronald M. Whyte |

| | |
|---|---|
| 1 | police officer for the CITY OF SAN JOSE,) |
| | PURNELL (Badge #3627), individually and ) |
| 2 | in his capacity as a police officer for the ) |
| | CITY OF SAN JOSE, CAHILL (Badge ) |
| 3 | #3357) and BARRY (Badge #3703), ) |
| | individually and in his capacity as a police ) |
| 4 | officer for the CITY OF SAN JOSE, and ) |
| | DOES ONE through FIFTY, ) |
| 5 | ) |
| | Defendants. ) |
| 6 | ) |

7   Pursuant to Civil Local Rule 16-2(e), Plaintiffs MARLO CUSTODIO, ROMEL CUSTODIO,
8  MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR. (hereinafter "Plaintiffs"); Defendant
9  THE COUNTY OF SANTA CLARA, CALIFORNIA; and Defendants THE CITY OF SAN JOSE,
10 POLICE CHIEF ROBERT DAVIS, individually and in his official capacity as Chief of the San Jose
11 Police Department, SAN JOSE POLICE DEPARTMENT SERGEANT EVANS (Badge #2339),
12 individually and in his official capacity as a supervisorial police officer for the CITY OF SAN JOSE,
13 SAN JOSE POLICE DEPARTMENT OFFICERS EPP (Badge #3048), individually and in his
14 capacity as a police officer for the CITY OF SAN JOSE, MORASCI (Badge #3292), individually and
15 in his capacity as a police officer for the CITY OF SAN JOSE, TRAN (Badge #3269), individually
16 and in his capacity as a police officer for the CITY OF SAN JOSE, UNGER (Badge #3080),
17 individually and in his capacity as a police officer for the CITY OF SAN JOSE, DEMARIA (Badge
18 #3728), individually and in his capacity as a police officer for the CITY OF SAN JOSE, JEFFREY
19 (Badge #3715), individually and in his capacity as a police officer for the CITY OF SAN JOSE,
20 CRAWLEY (Badge #3357), individually and in his capacity as a police officer for the CITY OF SAN
21 JOSE, PURNELL (Badge #3627), individually and in his capacity as a police officer for the CITY OF
22 SAN JOSE, CAHILL (Badge #3357) and BARRY (Badge #3703), individually and in his capacity
23 as a police officer for the CITY OF SAN JOSE (hereinafter collectively "Defendants") hereby
24 stipulate to continue the Initial Case Management Conference currently scheduled for August 28, 2009
25 at 10:30 a.m.
26   WHEREAS, on June 30, 2009, the Court entered a Reassignment Order reassigning this case
27 to the Honorable Ronald M. Whyte;
28   WHEREAS, on June 30, 2009, the Court issued a Clerk's Notice of Impending Reassignment

2
STIPULATION CONTINUING CASE MANAGEMENT CONF; [] ORDER    Case No. C09-00527 RMW

to a United States District Judge thereby rescheduling the Case Management Conference, previously set for July 14, 2009 before the Honorable Judge Patricia V. Trumbull, to August 28, 2009 before the Honorable Judge Ronald M. Whyte;

WHEREAS, Plaintiffs are currently on trial in the Superior Court of California, County of Santa Clara, San Jose Facility - Criminal Division, in the matter entitled *The People of the State of California vs. Marlo Alvarado Custodio, et al.*, Case No. CC756870, and the trial is ongoing;

WHEREAS, the parties request this continuance pending the determination of the criminal trial; and

WHEREAS, this is the first request for continuance in this matter.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, by and through their respective counsel of record, as follows:

(1) That the Initial Case Management Conference, currently set for August 28, 2009, be continued to October 2, 2009; and

(2) That the filing date of the Case Management Statement, currently due on August 21, 2009, be set for September 25, 2009.

SO REQUESTED AND STIPULATED:

Dated: August 5, 2009
GROSS BELSKY ALONSO LLP

By: /s/ Monique Alonso
Monique Alonso
Attorneys for Plaintiffs

Dated: August 5, 2009
OFFICE OF THE CITY ATTORNEY

By: /s/ Michael J. Dodson
Michael J. Dodson
Attorneys for Defendants

/ /

Dated: August 5, 2009

                          THE COUNTY OF SANTA CLARA

                      By: /s/ Aryn Paige Harris
                           Aryn Paige Harris
                           Attorneys for Defendant

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants, Michael J. Dodson and Aryn Paige Harris.

Dated: August 5, 2009                    By:    /s/ Monique Alonso

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference scheduled for August 28, 2009 is rescheduled to October 2, 2009 at 10:30 a.m. The parties' Case Management Statement will be due on September 25, 2009.

Dated: 8/12/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the United States District Court

# **CERTIFICATE OF SERVICE**

**RE:** *Marlo Custodio et. al., v. The County of Santa Clara, California, et al.,*
**Case No. C09-00527 RMW**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **JOINT STIPULATED REQUEST TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

___ **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California. I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

___ **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

XX **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number C 09-00527 PVT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2009 at San Francisco, California.

                                       /s/ Jessica Dean
                                       JESSICA DEAN