MONIQUE ALONSO, Esq. (#127078)
Gross Belsky Alonso LLP
180 Montgomery Street, Ste. 2200
San Francisco, California 94104
Telephone Number: (415) 544-0200
Facsimile Number: (415) 544-0201
E-Mail Address: monique@gba-law.com

Attorneys for Plaintiffs

ARYN PAIGE HARRIS, Deputy County Counsel (#208590)
Office of the County Counsel
70 W. Hedding, East Wing, 9th Floor
San José, California 95110-1770
Telephone Number: (408) 299-5900
Facsimile Number: (408) 292-7240

Attorneys for Defendant, COUNTY OF SANTA CLARA

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

*E-FILED - 3/3/10*

Attorneys for Defendants, CITY OF SAN JOSE, DAVIS, EVANS, EPP, MORASCI, TRAN, UNGER, DEMARIA, JEFFREY, CRAWLEY, PURNELL and BARRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| MARLO CUSTODIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | Case Number: C09-00527 RMW<br><br>**2nd STIPULATION AND [] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE DEADLINE** |

- 1 -

1 2 3 4  Plaintiffs and Defendants in the above-entitled matter, hereby stipulate that the deadline for completion of the Early Neutral Evaluation Conference in this matter be extended from February 2010 to April 30, 2010.  As good cause for this proposed extension, the parties submit the following:

5 6  1) On June 30, 2009 the Court entered a Reassignment Order reassigning this case to the Honorable Ronald M. Whyte;

7 8 9 10  2) On October 2, 2009, during the Initial Case Management Conference, the Court set a hearing on Defendant County of Santa Clara's Motion to Sever for December 4, 2009 at 9:00 a.m. and instructed Plaintiffs and Defendant County of Santa Clara to also address the issue of whether a Stay of the Action should be entered;

11 12 13  3) The Early Neutral Evaluation Conference in this matter was originally scheduled for October 1, 2009, then continued to October 8, 2009 and November 10, 2009;

14 15 16 17  4) On November 16, 2009 the parties filed their first Stipulation and [Proposed] Order to Continue the Early Neutral Evaluation ("ENE") Conference completion deadline which the Court adopted and extended the deadline to an unspecified date in February 2010;

18 19  5) The parties put the ENE process on hold pending the Court's decision on the Santa Clara County's Motion to Sever Claims against the County;

20 21 22 23 24 25  6) On December 28, 2009 the Court issued an Order Re: Defendant County of Santa Clara's Motion to Sever Claims and Plaintiff's Ex Parte Application to Stay Proceedings.  The Court ordered that Plaintiff's Ex Parte Application be granted in part, and that the trial against the City of San Jose and the San Jose Police Officer Defendants be stayed.  In all other respects, the Plaintiffs' Application was denied.  The Court also ordered that Defendant Santa Clara County's Motion to Sever be granted.

26 27 28  7) On January 14, 2010, the parties held a lengthy conference call with the appointed ENE Evaluator, Amitai Schwartz, in an effort to schedule a mutually convenient date for the ENE Conference in this matter.

8) Due to various conflicts, including scheduled trials, the parties were unable to select a mutually convenient date to hold this Conference until April 23, 2010.

9) Although the Court ordered the case severed as to Santa Clara County, the matter is stayed as to the City of San Jose Defendants pending the outcome of an appeal filed by two of the Plaintiffs in this matter of their criminal convictions.

10) Given the fact that no trial date has been set by the Court, and for the reasons set forth herein above, the parties submit that good cause exists for the extension of the ENE Conference deadline.

**SO REQUESTED AND STIPULATED:**

Respectfully submitted,

Dated: _____     By: _____
                                      MONIQUE ALONSO, Esq.
                                      Gross Belsky Alonso LLP

                                  Attorney for Plaintiffs

                                  RICHARD DOYLE, City Attorney

Dated: February 11, 2010          By:   /s/ Michael J. Dodson
                                      MICHAEL J. DODSON, Esq.
                                      Office of the San Jose City Attorney

                                  Attorney for Defendants, CITY OF SAN
                                  JOSE and OFFICER DEFENDANTS

Dated: _____     By: _____
                                      ARYN PAIGE HARRIS, Esq.
                                      Office of the Santa Clara
                                      County Counsel

                                  Attorney for Defendant,
                                  SANTA CLARA COUNTY

Dated: _____     By: _____
                                      AMITAI SCHWARTZ, Esq.
                                      ENE Evaluator

8) Due to various conflicts, including scheduled trials, the parties were unable to select a mutually convenient date to hold this Conference until April 23, 2010.

9) Although the Court ordered the case severed as to Santa Clara County, the matter is stayed as to the City of San Jose Defendants pending the outcome of an appeal filed by two of the Plaintiffs in this matter of their criminal convictions.

10) Given the fact that no trial date has been set by the Court, and for the reasons set forth herein above, the parties submit that good cause exists for the extension of the ENE Conference deadline.

**SO REQUESTED AND STIPULATED:**

Respectfully submitted,

Dated: 1/28/10           By: _____
                              MONIQUE ALONSO, Esq.
                              Gross Belsky Alonso LLP
                              Attorney for Plaintiffs

Dated: _____           RICHARD DOYLE, City Attorney


                         By: _____
                              MICHAEL J. DODSON, Esq.
                              Office of the San Jose City Attorney

                              Attorney for Defendants, CITY OF SAN
                              JOSE and OFFICER DEFENDANTS

Dated: 1/29/10           By: _____
                              ARYN PAIGE HARRIS, Esq.
                              Office of the Santa Clara
                              County Counsel

                              Attorney for Defendant,
                              SANTA CLARA COUNTY

Dated: 1/29/10           By: _____
                              AMITAI SCHWARTZ, Esq.
                              ENE Evaluator

- 4 -

1
2
## **ORDER**

3
Pursuant to the Stipulation of the parties, the deadline for completion of the ENE
Conference in this matter is extended to April 30, 2010.
4
5
6
7
Dated: 3/3/10

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Court Judge