**E-FILED on** 6/2910

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARLO CUSTODIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, CALIFORNIA, et al., <br><br> Defendants. | No. C 09-0527 RMW <br><br> ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT COUNTY OF SANTA CLARA <br><br> **[Re Docket No. 43]** |

Plaintiffs' claims against defendant County of Santa Clara are hereby dismissed with prejudice pursuant to the parties' June 8, 2010 stipulation.

DATED:     June 29, 2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT COUNTY OF SANTA CLARA—No. C 09-0527 RMW
TER