Terry Gross (terry@gba-law.com) (103878)
Adam C. Belsky (adam@gba-law.com) (147800)
Monique Alonso (monique@gba-law.com) (127078)
Sarah Crowley, sarah@gba-law.com (273663)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO CUSTODIO, et al., | Case No. C09-00527 RMW PSG |
| Plaintiffs, | **ORDER GRANTING GROSS BELSKY ALONSO LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS PURSUANT TO LOCAL RULE 11-5(a)** |
| v. | |
| THE COUNTY OF SANTA CLARA, CALIFORNIA, et al., | Date: May 6, 2011<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | |

Gross Belsky Alonso LLP ("GBA") has moved to withdraw as counsel for plaintiffs Marlo Custodio, Romel Custodio, Marilou Custodio and Oscar Custodio, Jr. (collectively, "plaintiffs") pursuant to Local Rule 11-5(a). Plaintiffs filed their complaint in this action on February 5, 2009, but the action has been stayed pending the resolution of Marlo, Romel, and Marilou Custodio's criminal trial and Marlo and Romel Custodio's criminal appeals. As the charges against Marilou Custodio were dismissed and Marlo and Romel Custodio's criminal appeals have been denied, this action is set to go forward. No discovery has yet taken place, and the Court has not assigned a trial date or issued any pretrial orders in this action.

As this litigation is in its very early stages, the Court finds that GBA's withdrawal as counsel

1

Order Granting Gross Belsky Alonso LLP's Motion to Withdraw Pursuant to Local Rule 11-5(a) *Custodio v. State of California, et al.*, Case No. C09-00527 RMW PSG

for plaintiffs does not cause undue prejudice to plaintiffs, and is therefore in accordance with California Rule of Professional Conduct 3-700. The Court therefore grants GBA's motion to withdraw as counsel for plaintiffs. The action is hereby stayed for sixty days to provide plaintiffs with an opportunity to find new counsel.

SO ORDERED.

Dated: May 6, 2011

*Ronald M. Whyte*

Judge Ronald M. Whyte