AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____        **District of**        _____California_____

FILED

SEP 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MARLO CUSTODIO, et al.

Plaintiff (s),

V.

THE COUNTY OF SANTA CLARA, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** ___C09 00527 RMW___

Notice is hereby given that, subject to approval by the court,   ___Marlo Custodio___   substitutes
                                                              (Party (s) Name)

___Michael J. Reiser___ , State Bar No. ___133621___ as counsel of record in
        (Name of New Attorney)

place of   ___Marlo Custodio, pro se Plaintiff___ .
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        The Law Office of Michael J. Reiser

   Address:          961 Ygnacio Valley ~~Drive~~ (ROAD)

   Telephone:        (925) 256-0400                   Facsimile   (925) 476-0304

   E-Mail (Optional):   verdicts@sbcglobal.net

I consent to the above substitution.

Date:          9/16/2011                           _Marlo A. Custodio_
                                                   (Signature of Party (s))

I consent to being substituted.

Date:          9/16/2011                           _____
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.

Date:          9/16/2011                           _____
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:          9/16/2011                           _Ronald M. Whyte_
                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**