AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

FILED
SEP 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____Northern_____ District of _____California_____

MARLO CUSTODIO, et al.
                Plaintiff (s),
V.
THE COUNTY OF SANTA CLARA, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09 00527 RMW

Notice is hereby given that, subject to approval by the court, __Marilou Custodio__ substitutes
                                                                             (Party (s) Name)

__Michael J. Reiser__, State Bar No. __133621__ as counsel of record in
(Name of New Attorney)

place of __Marilou Custodio, pro se Plaintiff__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Law Office of Michael J. Reiser
    Address: 961 Ygnacio Valley Drive ROAD
    Telephone: (925) 256-0400    Facsimile (925) 476-0304
    E-Mail (Optional): verdicts@sbcglobal.net

I consent to the above substitution.
Date: 9/16/2011
                                                        (Signature of Party (s))

I consent to being substituted.
Date: 9/16/2011
                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/16/2011
                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/16/2011
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]