AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

FILED
SEP 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MARLO CUSTODIO, et al.
                Plaintiff (s),
V.
THE COUNTY OF SANTA CLARA, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __C09 00527 RMW__

Notice is hereby given that, subject to approval by the court, __Marilou Custodio__ substitutes
                                                                                (Party (s) Name)

__Michael J. Reiser__, State Bar No. __133621__ as counsel of record in
    (Name of New Attorney)

place of __Marilou Custodio, pro se Plaintiff__.
                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         The Law Office of Michael J. Reiser
    Address:             961 Ygnacio Valley ~~Drive~~ ROAD
    Telephone:        (925) 256-0400     Facsimile  (925) 476-0304
    E-Mail (Optional):  verdicts@sbcglobal.net

I consent to the above substitution.
Date: __9/16/2011__
                                    (Signature of Party (s))

I consent to being substituted.
Date: __9/16/2011__
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __9/16/2011__
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __9/16/2011__
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]