1  MICHAEL J. REISER (133621)
   Law Office of Michael J. Reiser
2  961 Ygnacio Valley Drive
   Walnut Creek, California 94596
3  Telephone Number:  (925) 256-0400
   Facsimile Number:  (925) 476-0304
4
5  Attorneys for Plaintiffs MARLO
   CUSTODIO and MARILOU CUSTODIO
6
7
8                   UNITED STATES DISTRICT COURT
9                     COUNTY OF SANTA CLARA
10                       SAN JOSE DIVISION

11 | MARLO CUSTODIO, ROMEL CUSTODIO,
   | MARILOU CUSTODIO, and OSCAR "O.J."      Case Number:  C09-00527 RMW
12 | CUSTODIO, JR.,
                                             **STIPULATION and [PROPOSED]**
13 |           Plaintiffs,                   **ORDER RE: DISMISSAL WITHOUT**
                                             **PREJUDICE OF DEFENDANT**
14 |       v.                                **OFFICERS EPP, MORASCI, TRAN,**
                                             **CRAWLEY, PURNELL, CAHILL and**
15 | THE COUNTY OF SANTA CLARA,              **BARRY.**
   | CALIFORNIA, CITY OF SAN JOSE, CHIEF
16 | ROBERT DAVIS, SGT. EVANS, OFFICERS
   | EPP, OFFICER MORASCI, OFFICER
17 | TRAN, OFFICER UNGER, OFFICER
   | DEMARIA, OFFICER JEFFREY, OFFICER
18 | CRAWLEY, OFFICER PURNELL,
   | OFFICER CAHILL, and DOES 1-50,
19 | inclusive,

20 |           Defendants.

21

22      PLAINTIFF MARILOU CUSTODIO by and through her attorneys of record in the above-

23 entitled action and pursuant to FRCP 41 (a)(1)(A)(ii) agree to dismiss her entire case against

24 Defendants EPP, MORASCI, TRAN, CRAWLEY, PURNELL, CAHILL, BARRY, and the

25 COUNTY OF SANTA CLARA, without prejudice.  The parties further stipulate to bear their own

26 attorney's fees, costs and expenses.

27 //

28 1

Stipulation of Dismissal and [Proposed] Order                                    C09-00527 RMW

//

Respectfully submitted,

Dated: May 3, 2012                     LAW OFFICE OF MICHAEL REISER


By: /s/ Michael Reiser
    Michael J. Reiser
    Attorneys for Plaintiffs MARILOU
    CUSTODIO

Dated: May 3, 2012                     CITY OF SAN JOSE


By: /s/ Richard North
    Attorneys for Defendants

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Richard D. North and Michael Reiser, has been obtained, and that a record of the concurrence shall be maintained at the Law Office of Michael Reiser.

Dated: May 3, 2012                     By /s/ Michael J. Reiser
    Michael J. Reiser

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

    1. The action is dismissed without prejudice as against Defendants Epp, Morasci, Tran, Crawley, Purnell, Cahill, Barry, and the County of Santa Clara pursuant to FRCP 41(a)(1)(A).

    2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____                 _____
    Honorable Ronald M. Whyte
    Senior District Judge
    Northern District of California

2
Stipulation of Dismissal and [Proposed] Order                          C09-00527 RMW