```
1   MICHAEL J. REISER (133621)
    Law Office of Michael J. Reiser
2   961 Ygnacio Valley Drive
    Walnut Creek, California 94596
3   Telephone Number:  (925) 256-0400
    Facsimile Number:  (925) 476-0304
4
5   Attorneys for Plaintiffs MARLO
    CUSTODIO and MARILOU CUSTODIO
```

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| MARLO CUSTODIO, ROMEL CUSTODIO, MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, CALIFORNIA, CITY OF SAN JOSE, CHIEF ROBERT DAVIS, SGT. EVANS, OFFICERS EPP, OFFICER MORASCI, OFFICER TRAN, OFFICER UNGER, OFFICER DEMARIA, OFFICER JEFFREY, OFFICER CRAWLEY, OFFICER PURNELL, OFFICER CAHILL, and DOES 1-50, inclusive,<br><br>Defendants. | Case Number:  C09-00527 RMW<br><br>**STIPULATION and [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE OF DEFENDANT OFFICERS EPP, MORASCI, TRAN, CRAWLEY, PURNELL, CAHILL and BARRY.** |

PLAINTIFF MARILOU CUSTODIO by and through her attorneys of record in the above-entitled action and pursuant to FRCP 41 (a)(1)(A)(ii) agree to dismiss her entire case against Defendants EPP, MORASCI, TRAN, CRAWLEY, PURNELL, CAHILL, BARRY, and the COUNTY OF SANTA CLARA, without prejudice. The parties further stipulate to bear their own attorney's fees, costs and expenses.

//

//

Dated: May 3, 2012

Respectfully submitted,

LAW OFFICE OF MICHAEL REISER

By: /s/ Michael Reiser
Michael J. Reiser
Attorneys for Plaintiffs MARILOU
CUSTODIO

Dated: May 3, 2012

CITY OF SAN JOSE

By: /s/ Richard North
Attorneys for Defendants

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Richard D. North and Michael Reiser, has been obtained, and that a record of the concurrence shall be maintained at the Law Office of Michael Reiser.

Dated: May 3, 2012

By /s/ Michael J. Reiser
Michael J. Reiser

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

    1. The action is dismissed without prejudice as against Defendants Epp, Morasci, Tran, Crawley, Purnell, Cahill, Barry, and the County of Santa Clara pursuant to FRCP 41(a)(1)(A).

    2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: ~~JED~~ ~~FG~~

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
Senior District Judge
Northern District of California