MICHAEL J. REISER (133621)
Law Office of Michael J. Reiser
961 Ygnacio Valley Drive
Walnut Creek, California 94596
Telephone Number: (925) 256-0400
Facsimile Number: (925) 476-0304

Attorneys for Plaintiffs MARLO
CUSTODIO and MARILOU CUSTODIO

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| MARLO CUSTODIO, ROMEL CUSTODIO, MARILOU CUSTODIO, and OSCAR "O.J." CUSTODIO, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, CALIFORNIA, CITY OF SAN JOSE, CHIEF ROBERT DAVIS, SGT. EVANS, OFFICERS EPP, OFFICER MORASCI, OFFICER TRAN, OFFICER UNGER, OFFICER DEMARIA, OFFICER JEFFREY, OFFICER CRAWLEY, OFFICER PURNELL, OFFICER CAHILL, and DOES 1-50, inclusive,<br><br>Defendants. | Case Number: C09-00527 RMW<br><br>**STIPULATION and [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF CASE** |

PLAINTIFF MARLO CUSTODIO by and through his attorneys of record in the above-entitled action and pursuant to FRCP 41 (a)(1)(A)(ii) agree to dismiss his entire case against all defendants with prejudice. The parties further stipulate to bear their own attorney's fees, costs and expenses.

//

//

1

Stipulation of Dismissal and [Proposed] Order                                                     C09-00527 RMW

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: May 3, 2012 | LAW OFFICE OF MICHAEL REISER |
| | By: /s/ Michael Reiser |
| | Michael J. Reiser |
| | Attorneys for Plaintiffs MARLO CUSTODIO |
| Dated: May 3, 2012 | CITY OF SAN JOSE |
| | By: /s/ Richard North |
| | Attorneys for Defendants |

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Richard D. North and Michael Reiser, has been obtained, and that a record of the concurrence shall be maintained at the Law Office of Michael Reiser.

Dated: May 3, 2012            By /s/ Michael Reiser

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against all Defendants pursuant to FRCP 41(a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: ~~JEI FG~~

_Ronald M. Whyte_
Honorable Ronald M. Whyte
Senior District Judge
Northern District of California

2
Stipulation of Dismissal and [~~Proposed~~] Order                    C09-00527 RMW